**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-0508

CHAMBERS OF
PETER G. SHERIDAN

Clarkson Fisher Building and
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

TO: Susan B. Collins, Esq. (via fax)

cc: All Counsel of Record (via ECF)
Thomas Maronick, Special Master

FROM: Peter G. Sheridan, U.S.D.J.

DATE: February 21, 2013

RE: Glenz v. RCI
Civil Action No. 09-378 (PGS)

---

Your request to appear as an objector is denied. However, you may submit written information to Dr. Thomas Maronick, the Special Master, through the Court within two weeks. The Special Master may then contact you with regard to your submission, if necessary.

Thank you for your attention to this matter.